152    APPELLATE COURTS OF ILLINOIS.

Chicago Record-Herald Co. v. Fred Bender S. F. Co., 207 Ill. App. 152.

## Chicago Record-Herald Company, Defendant in Error, v. Fred Bender Store Fixture Company, Plaintiff in Error.

### Gen. No. 22,980.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDMUND K. JARECKI, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed July 2, 1917.

### Statement of the Case.

Action by Chicago Record-Herald Company, a corporation, plaintiff, against Fred Bender Store Fixture Company, a corporation, defendant, to recover the sum of $294.75 for advertising alleged to have been furnished according to and by virtue of certain contracts. From a judgment for plaintiff for $294.75, defendant brings error.

VICTOR B. SCOTT, for plaintiff in error.

LEON A. BEREZNIAK, for defendant in error; WENTWORTH, CAVENDER & KAISER, of counsel.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 866*—*what are requisites of abstract.* The abstract is the pleading of the parties, and must be sufficient to apprise the court of the points which it is claimed necessitate a reversal.

2. APPEAL AND ERROR, § 1752*—*when judgment affirmed.* A judgment will be affirmed on appeal when a sufficient abstract is not filed.

3. APPEAL AND ERROR, § 866*—*when abstract is insufficient.* An abstract which is merely an index, and does not give a suggestion as to what the action is about, is insufficient.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.